IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:08-cr-00039 |
|---|---|---|
| v. | ) | FINAL ORDER |
| MAURICE RENALDO LEWIS, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** as untimely filed, and the clerk shall **STRIKE** the case from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 19th day of May, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE