# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MAURICE RENALDO LEWIS, <br><br> *Defendant.* | CASE NO. 3:08–cr–00039 <br> Defendant 1 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

Defendant filed a motion to vacate his sentence on the theory that the holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015), extended to the United States Sentencing Guidelines, thus warranting a reduced sentence. (Dkt. 96). The Government has filed a motion to dismiss. (Dkt. 103).

*Beckles v. United States*, 137 S. Ct. 886 (2017), held that the Sentencing Guidelines are not subject to a vagueness challenge and thus *Johnson*'s holding does not extend to them. Accordingly, the motion to vacate is **DENIED** and the Government's motion to dismiss is **GRANTED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this __22nd__ day of May, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE